AARON D. FORD
  Attorney General
Jared M. Frost (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3177
Facsimile: (702) 486-3773
E-Mail: jfrost@ag.nv.gov
*Attorneys for Defendants Nevada Department of Public Safety, Nevada Highway Patrol*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA ESTRADA,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. DEPARTMENT OF PUBLIC SAFETY, NEVADA HIGHWAY PATROL, a political subdivision of the State of Nevada; TROOPER KEVIN PROVOST, P#453,<br><br>  Defendants. | Case No.: 2:25-cv-00053-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiff ANDREA ESTRADA, by and through counsel, Craig Mueller, Esq., and Defendants STATE OF NEVADA ex rel. DEPARTMENT OF PUBLIC SAFETY, NEVADA HIGHWAY PATROL ("NHP"), by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby stipulate and agree to extend Defendant NHP's deadline to respond to Plaintiff's complaint for an additional thirty (30) days.

/ / /

/ / /

/ / /

The parties submit there is good cause for the extension. Defendant's counsel is currently participating in a trial and needs additional time to review the Complaint and prepare a response. The parties further represent that this first request is made in good faith and not for the purposes of undue delay.

**IT IS SO STIPLUATED.**

DATED March 11th, 2025.

MUELLER & ASSOCIATES, INC.

By: /s/ Craig A. Mueller
Craig A. Mueller, Esq., SBN 4703
808 S. 7th Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*

DATED March 11th, 2025.

AARON D. FORD
Nevada Attorney General

By: /s/ Jared M. Frost
Jared M. Frost, SBN 11132
Senior Deputy Attorney General
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119

*Attorneys for Defendant NHP*

### ORDER

**IT IS SO ORDERED.** The deadline for Defendant NHP to respond to Plaintiff's Complaint is extended for an additional thirty (30) days up to and including April 10, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-12-25