CRAIG A. MUELLER, ESQ.
Nevada Bar No. 4703
**MUELLER & ASSOCIATES, INC.**
808 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-1200
Facsimile: (702) 637-7170
Email: electronicservice@craigmuellerlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA ESTRADA,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. DEPARTMENT OF PUBLIC SAFETY, NEVADA HIGHWAY PATROL, a political subdivision of the State of Nevada; Defendant, TROOPER KEVIN PROVOST, P#453, an individual employed by STATE OF NEVADA ex rel. DEPARTMENT OF PUBLIC SAFETY, NEVADA HIGHWAY PATROL, a political subdivision of the State of Nevada; DOE TROOPERS I through XX, employed by STATE OF NEVADA ex rel. DEPARTMENT OF PUBLIC SAFETY, NEVADA HIGHWAY PATROL, a political subdivision of the State of Nevada; DOE OFFICERS I through XX, employed by STATE OF NEVADA ex rel. DEPARTMENT OF PUBLIC SAFETY, NEVADA HIGHWAY PATROL, a political subdivision of the State of Nevada; DOES I through X; and ROE Business Entities I through X;<br><br>    Defendants. | Case No.: 2:25-cv-00053-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT, TROOPER KEVIN PROVOST, P#453**<br><br>[FIRST REQUEST] |

COMES NOW, Plaintiff, ANDREA ESTRADA, by and through her attorneys of record, CRAIG A. MUELLER, ESQ., of the law firm of MUELLER & ASSOCIATES, INC. and Defendants STATE OF NEVADA ex rel. DEPARTMENT OF PUBLIC SAFETY, NEVADA HIGHWAY PATROL ("NHP") and TROOPER KEVIN PROVOST, P#453, by and through counsel, AARON D. FORD, Nevada Attorney General and JARED M. FROST, Senior Deputy

Attorney General, and hereby stipulate and agree to extend the deadline to serve Defendant, TROOPER KEVIN PROVOST, P#453 to May 9, 2025.

The parties submit there is good cause for the extension. Defendant's counsel is working on getting a Waiver of Service of Summons signed by TROOPER KEVIN PROVOST, P#453. Out of an abundance of caution the parties stipulate to an extension of May 9, 2025, to serve Defendant, TROOPER KEVIN PROVOST, P#453. The parties further represent that this request is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED AND AGREED.**

DATED the 7th day of April, 2025.   DATED the 7th day of April, 2025.

/s/ Craig A. Mueller, Esq.   /s/ Jared M. Frost, Esq.
_____   _____
CRAIG A. MUELLER, ESQ.   JARED M. FROST, SBN 11132
808 S. 7th Street   Senior Deputy Attorney General
Las Vegas, NV 89101   Office of the Nevada Attorney General
*Attorneys for Plaintiff*   1 State of Nevada Way, Suite 100
　　　Las Vegas, NV 89119
　　　*Attorneys for Defendant NHP*

## ORDER

**IT IS SO ORDERED.** The deadline for Plaintiff to serve Defendant, TROOPER KEVIN PROVOST, P#453 with the Summons and Complaint in this matter shall be extended from April 9, 2025 to and including May 9, 2025.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-14-25